JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN DUPER,<br><br>        Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. et al.,<br><br>        Defendants. | Case No. 2:22-cv-06470-SB-KS<br><br>FINAL JUDGMENT |

   Pursuant to this Court's Order Granting Application to Proceed In Forma Pauperis and Dismissing Case, it is hereby ordered, adjudged, and decreed that this case is DISMISSED in its entirety without prejudice.

   This is a Final Judgment.

IT IS SO ORDERED.

Date: September 29, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge